NOT FOR PUBLICATION

UNITED STATES COURT OF APPEALS

FOR THE NINTH CIRCUIT

| | |
|---|---|
| CHRISTIAN JOUBERT, Personal Representative of the Maria Joubert Estate Acting pro se and individually, <br><br> Plaintiff - Appellant, <br><br> v. <br><br> BROWN WILLIAMSON TOBACCO CORP.; et al., <br><br> Defendants. | No. 10-35713 <br><br> D.C. No. 2:10-cv-00887-RSM <br><br> MEMORANDUM[*] |

Appeal from the United States District Court
for the Western District of Washington
Ricardo S. Martinez, District Judge, Presiding

Submitted December 19, 2011[**]

Before:     GOODWIN, WALLACE, and McKEOWN, Circuit Judges.

Christian Joubert appeals pro se from the district court's order dismissing his

action alleging state law claims arising from the death of his mother.  We have

---

[*]     This disposition is not appropriate for publication and is not precedent except as provided by 9th Cir. R. 36-3.

[**]     The panel unanimously concludes this case is suitable for decision without oral argument.  See Fed. R. App. P. 34(a)(2).

jurisdiction under 28 U.S.C. § 1291. We review de novo a dismissal for lack of subject matter jurisdiction. *Shanks v. Dressel*, 540 F.3d 1082, 1086 (9th Cir. 2008). We review for an abuse of discretion the district court's dismissal without leave to amend. *Gordon v. City of Oakland*, 627 F.3d 1092, 1094 (9th Cir. 2010). We affirm.

The district court properly dismissed Joubert's action for lack of subject matter jurisdiction because Joubert alleged neither a federal question nor complete diversity between the parties. *See* 28 U.S.C. §§ 1333-1332.

The district court did not abuse its discretion by dismissing Joubert's action without leave to amend after concluding that amendment would be futile. *See Simon v. Hartford Life and Accident Ins. Co.*, 546 F.3d 661, 664 (9th Cir. 2008) ("[C]ourts have routinely adhered to the general rule prohibiting pro se plaintiffs from pursuing claims on behalf of others in a representative capacity.")

Joubert's remaining contentions are unpersuasive.

**AFFIRMED.**